IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCUS C. ROBINSON,

    Petitioner,

  v.

                                                  Case No. 17-cv-204-wmc

DYLON RADTKE,

    Respondent.

JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered denying Marcus Robinson's petition for a writ of habeas corpus and dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

2/23/2021
Date